
Case 1:24-cv-02335-SDG-RDC     Document 1-1     Filed 05/28/24     Page 1 of 2

SDG RDC 540 28:1338cp

1:24-CV-2335

# CIVIL COVER SHEET FOR A PRISONER CASE

| | |
|---|---|
| JUDGE _____ | DIVISION ATLANTA |
| MAG. JUDGE _____ | IFP  N     FEE  N |
| DATE FILED  05/28/2024 | PREVIOUS CASES  N |

NAME  PAUL HANSMEIER                         I.D. #  20953

PRO SE _____          ATTORNEY _____

PLACE OF INCARCERATION  SANDSTONE FEDERAL CORRECTIONAL INSTITUTION

CITY  SANDSTONE         STATE  MN     COUNTY _____

| JURISD. | NOS | CAUSE | DESCRIPTION |
|---|---|---|---|
| 3 | 530 | ___ 28:2254 | Habeas action by a State prisoner challenging state convictions or sentence. |
| 3 | 535 | ___ 28:2254d | Habeas action by a State prisoner under a DEATH sentence. ___ SEND TO DISTRICT JUDGE. |
| 3 | 530 | ___ 28:2241st | Habeas action by a State prisoner or detainee challenging matters other than conviction or sentence (e.g. parole revocation, loss of good time-credit, etc.). |
| 2 | 530 | ___ 28:2241fd | Habeas action by a Federal prisoner or detainee challenging matters other than conviction or sentence (e.g. parole revocation, loss of good time-credit, etc.). |
| 2 | 463 | ___ 28:2241fd | Habeas action by a Federal alien detainee. |
| 3 | 550 | ___ 42:1983pr | State or Federal prisoner civil rights action suing state officials not involving prison conditions. (A/K/A "Bivens action"). |
| 2 | 550 | ___ 28:1331pr | Prisoner civil rights action suing federal officials not involving prison conditions. (A/K/A "Bivens actions"). |
| 3 | 555 | ___ 42:1983pr | State prisoner civil rights action involving prison conditions. |
| 2 | 555 | ___ 28:1331pr | Prisoner civil rights action suing Federal officials involving prison conditions. (A/K/A "Bivens action"). |
| 2 | 540 | ___ 28:1346 | Prisoner Federal Tort Claim. (Against U.S.) |
| 2 | 540 | ___ 28:1361pr | Action to compel U.S. officer to perform a duty MANDAMUS. |
| 4 | 540 | ___ 28:1332 | Any prisoner action based on diversity. |
| | 540 | ___ _____ | OTHER: _____ |

___ DOCKET CLERK: Place cover sheet in acco on top of docket sheet and file, and FORWARD to Magistrate Judge assigned for IFP and/or frivolity determinations.

___ STAFF LAW CLERK:
   ___ Pauper's affidavit insufficient or no affidavit
   ___ Complaint or petition not signed or is incomplete
   ___ No copies
   ___ Other: _____

Paul Hansmeier
20953-041 Unit F
Federal Correctional Institution
P.O. Box 1000
Sandstone, MN 55072





1:24-CV-2335

⇔20953-041⇔
Clerk Of Court
75 TED Turner DR SW
Room 2211
Atlanta, GA 30303-3361
United States

CLEARED DATE
MAY 28 2024
U.S. Marshals Service
Atlanta, GA