IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| PAUL HANSMEIER, | : | PRISONER CIVIL ACTION |
|    Plaintiff, | : | 28 U.S.C. § 1331 |
| | : | |
| v. | : | |
| | : | |
| MARTEZ ENGLISH, | : | CIVIL ACTION NO. |
|    Defendant. | : | 1:24-CV-02335-SDG-RDC |

## ORDER

Plaintiff Paul Hansmeier, confined at Federal Correctional Institution Sandstone in Sandstone, Minnesota, filed a complaint alleging copyright infringement. (Doc. 1.) Plaintiff has not paid the $350.00 filing and $55.00 administrative fees required for civil actions or submitted an application for leave to proceed in forma pauperis. If Plaintiff wishes to proceed without prepayment of the filing fee, he must provide a completed application for leave to proceed in forma pauperis, including a financial affidavit and certified prison account statement.

Accordingly, the Clerk is **DIRECTED** to send Plaintiff an application for leave to proceed in forma pauperis stamped with the case number for this action. Plaintiff is **ORDERED** to complete and submit the application within 30 days of the date this Order is entered.

Plaintiff is cautioned that he must pay the full $350.00 filing fee for this case from his inmate account even if he is allowed to proceed in forma pauperis. *See* 28 U.S.C. § 1915(b)(1). Regardless of the outcome of this lawsuit, the Court will order Plaintiff's custodian to deduct, in monthly or other incremental installments, 20 percent of the preceding month's income credited to Plaintiff's account, in each month in which the account balance exceeds $10.00, until the $350.00 filing fee is paid in full. If Plaintiff does not want funds deducted from his inmate account, he should file a motion voluntarily dismissing this action.

During the pendency of his case, Plaintiff must keep the Clerk of Court advised of his correct address at all times. Plaintiff is admonished that this action shall be subject to dismissal if he fails to pay the required fees or submit a completed application for leave to proceed in forma pauperis within the specified period of time or fails to keep the Clerk of Court advised of his current address at all times while this action is pending. *See* LR 41.2(B), 41.3(A)(2), NDGa.

The Clerk is **DIRECTED** to resubmit this action to the undersigned upon receipt of the required fees or application for leave to proceed in forma pauperis or at the expiration of the aforementioned time period.

**IT IS SO ORDERED**, this 3rd day of June, 2024.

_R. Cannon_
REGINA D. CANNON
UNITED STATES MAGISTRATE JUDGE