FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JUL 22 2024

KEVIN P. WEIMER, Clerk
By: Emily Ross, Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| PAUL HANSMEIER, <br> Plaintiff, <br> v. <br> MARTEZ ENGLISH, <br> Defendant. | 1:24-cv-2335 (SDG/RDC) <br><br> REQUEST FOR ISSUANCE OF SUMMONS |

Plaintiff Paul Hansmeier respectfully requests that the Clerk issue summons so that Hansmeier may serve the defendant with summons and a copy of the complaint.

Dated: July 14, 2024

Paul Hansmeier
20953-041 Unit F
P.O. Box 1000
Federal Correctional Institution
Sandstone, MN 55072

COMMITTED NAME: Paul Hansmeier
REG. NO. & QTRS.: 20953-041 Unit F
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
SANDSTONE, MN 55072

SAINT PAUL MN  550
15 JUL 2024  PM 8  L



⇔20953-041⇔
Clerk Of Court
75 TED Turner DR SW
Room 2211
Atlanta, GA 30303-3361
United States

CLEARED SECURITY

JUL 22 2024

U.S. MARSHALS SERVICE
Atlanta, Georgia