# Exhibit A

| Title | Registration Number |
|---|---|
| 1. Solution to Addiction | 1. TX0009190651 |
| 2. Jimmy | 2. TX0009302976 |
| 3. Red Eyes | 3. TX0009302990 |
| 4. Ode to Bruen | 4. TX0009237772 |
| 5. One Hundred | 5. TX0009238000 |
| 6. Tips | 6. TX0009302979 |
| 7. Gate Pass | 7. TX0009282083 |
| 8. End Crime | 8. TX0009200415 |
| 9. Word Study | 9. TX0009302960 |
| 10. Power of a Word | 10. TX0009302964 |
| 11. Federal Courts | 11. TX0009282082 |