IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

FEB 17 2026

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

Paul Hansmeier,

    Plaintiff,

v.

Case No. 1:24-cv-02335-SDG-RDC

Martez English,

    Defendant.

---

**PLAINTIFF PAUL HANSMEIER'S MOTION TO EXTENTEND TIME FOR SERVICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 4(M)**

---

Plaintiff Paul Hansmeier respectfully moves the Court pursuant to Federal Rule of Civil Procedure 4(m) to extend his time for service. Good cause supports this request for the following reasons:

1. Hansmeier filed this action in mid-2024 and requested the issuance of summons from the Clerk of Court.

2. The Magistrate Judge denied the motion as unnecessary and ordered Hansmeier to submit a First Amended Complaint.

3. Hansmeier submitted a First Amended Complaint.

4. The Magistrate Judge has not taken action on the First Amended Complaint.

5. Hansmeier cannot proceed until the Magistrate Judge authorizes the Clerk of Court to issue summons.

6. Hansmeier continues to wish to prosecute his claims against the Defendant.

Respectfully submitted,

Dated: 2-9-26                    /s/ Paul Hansmeier
                                 Paul Hansmeier
                                 20953-041 Unit F
                                 Federal Correctional Institution
                                 P.O. Box 1000
                                 Sandstone, MN 55072

## Prison Mailbox Rule Certification

I certify under the penalty of perjury that on February 10, 2026, I placed the foregoing motion in the prison mailbox system addressed to the Clerk of Court with prepaid First Class U.S. Mail postage.

/s/ Paul Hansmeier
Paul Hansmeier

COMMITTED NAME: Paul Hansmeier
REG. NO. & QTRS.: 20953-041 Unit F
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
SANDSTONE, MN 55072

SAINT PAUL MN 550

11 FEB 2026 PM 5 L

CLEARED DATE

⇔20953-041⇔
Clerk Of Court
75 TED Turner DR SW
Room 2211
Atlanta, GA 30303-3361
United States

FEB 1 / 2026

U.S. Marshals Service
Atlanta, GA 30303

30303-331861