FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

FEB 17 2026

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

---

Paul Hansmeier,

        Plaintiff,

v.

Martez English,

        Defendant.

Case No. 1:24-cv-02335-SDG-RDC

**EXPEDITED RELIEF REQUESTED**

---

**PLAINTIFF PAUL HANSMEIER'S MOTION FOR ISSUANCE OF SUMMONS**

---

Plaintiff Paul Hansmeier respectfully requests that the Clerk of Court issue summons to Defendant Martez English. This motion is based on the attached memorandum of law and the entire record of these proceedings. Given the extreme passage of time since the filing of this action, Hansmeier respectfully requests issuance of summons on an expedited basis.

Dated: 2/9/26

Respectfully submitted,

/s/ Paul Hansmeier
Paul Hansmeier
20953-041 Unit F
Federal Correctional Institution
P.O. Box 1000
Sandstone, MN 55072