TRULINCS 20953041 - HANSMEIER, PAUL R - Unit: DTH-E-A

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

OCT 20 2026

KEVIN P. WEIMER, Clerk
By: Deputy Clerk

SDG

FROM: 20953041
TO:
SUBJECT: Notice of Change of Address
DATE: 10/14/2026 12:09:13 PM

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

Case No. 1:24-cv-2335

PAUL HANSMEIER,
Plaintiff,

v.

MARTEZ ENGLISH,
Defendant.

NOTICE OF CHANGE OF ADDRESS

Please take notice that Plaintiff Paul Hansmeier's new address is as follows:

Paul Hansmeier
20953-041
Federal Prison Camp
P.O. Box 1000
Duluth, MN 55814

Hansmeier respectfully requests that the parties and the Clerk of Court direct correspondence to Hansmeier at his new address.

Respectfully submitted,

Paul Hansmeier
20953-041
Federal Prison Camp
P.O. Box 1000
Duluth, MN 55814

Inmate Name Paul Hansmeier
Registration # 20953-041
Federal Prison Camp
P.O. Box 1000
Duluth, Minnesota 55814

SAINT PAUL MN 550
16 OCT 2026 PM 4 L

Declaration of Independence
1776 forever USA

⇔20953-041⇔
Clerk Of Court
75 TED Turner DR SW
Room 2211
Atlanta, GA 30303-3361
United States

CLEARED DATE
OCT 20 2026
U.S. Marshals Service
Atlanta, GA 30303

30303-331861