TRULINCS 20953041 - HANSMEIER, PAUL R - Unit: DTH-E-A

---

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

OCT 20 2026

KEVIN P. WEIMER, Clerk
By: Deputy Clerk

FROM: 20953041
TO:
SUBJECT: Request for Extension to Time
DATE: 10/14/2026 12:24:00 PM

U.S. DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

Case No. 1:24-cv-2335

PAUL HANSMEIER,
Plaintiff,

v.

MARTEZ ENGLISH,
Defendant.

PLAINTIFF PAUL HANSMEIER'S MOTION TO EXTEND FOR SERVICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 4(M)

Plaintiff Paul Hansmeier respectfully moves the Court to extend his time to serve Defendant Martez English until March 14, 2027. Good cause exists for this request for the following reasons:

1. This copyright enforcement action was filed in Summer of 2024.

2. The Court hesitated to permit Hansmeier to proceed because of Hansmeier's conviction for fraud conspiracy based on Hansmeier's prior involvement in copyright enforcement actions.

3. On August 3, 2026, Hansmeier was transferred to the Federal Prison Camp in Duluth, Minnesota. The Bureau of Prisons does not warn prisoners when it is about to transfer them. Thus, Hansmeier had 72 hours' notice of his transfer and had to pack his property in a small box for transfer.

4. Hansmeier's case files in this matter did not make the transfer.

5. On August 14, 2026, the Court permitted Hansmeier to proceed in August 2026, while warning Hansmeier that it would be maintaining careful scrutiny of the case.

6. Hansmeier is scheduled to transfer to home confinement on January 14, 2027.

7. Once home, Hansmeier will have access to his case files. Without access to his case files, Hansmeier has no way of locating and/or serving English. In addition, Hansmeier would not want to proceed in this matter without having access to his case files, particularly in light of the heightened scrutiny he faces in this proceeding.

8. Hansmeier acknowledges that the requested extension is lengthy, but suggests that the unusual delay he faced in obtaining permission to proceed coupled with the inconveniently-timed transfer are reasons to permit the extension requested in this motion.

9. For all of these reasons, the Court should grant this motion and extend Hansmeier's service deadline until March 14, 2027.

Respectfully submitted,

_______________________
Paul Hansmeier
20953-041
Federal Prison Camp
P.O. Box 1000

Inmate Name Paul Hansmeier
Registration # 20953-041
Federal Prison Camp
P.O. Box 1000
Duluth, Minnesota 55814

SAINT PAUL MN 550
16 OCT 2026 PM 4 L




⇔20953-041⇔
Clerk Of Court
75 TED Turner DR SW
Room 2211
Atlanta, GA 30303-3361
United States

CLEARED DATE
OCT 20 2026
U.S. Marshals Service
Atlanta, G[illegible] 30303

30303-331861