IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| PAUL HANSMEIER,<br>Plaintiff, | : | PRISONER CIVIL ACTION<br>28 U.S.C. § 1331 |
| v. | : | |
| MARTEZ ENGLISH,<br>Defendant. | : | CIVIL ACTION NO.<br>1:24-CV-02335-SDG-RDC |

# ORDER

Plaintiff Paul Hansmeier, confined at Federal Prison Camp Duluth in Duluth, Minnesota, filed an amended complaint alleging copyright infringement. (Doc. 6.) Plaintiff has paid the filing fee.

On August 14, 2026, the Court granted Plaintiff's motion for extension of time for service pursuant to Federal Rule of Civil Procedure 4(m) and ordered Plaintiff to complete service within 60 days. (Doc. 9.) Plaintiff subsequently filed another motion for extension of time. (Doc. 11.) In this motion, he explains that because he was transferred to a new prison and does not have his case files, he is unable to locate and serve Defendant. (*Id.* at 1.) Plaintiff requests an extension of time to complete service until March 14, 2027. (*Id.*)

Although the Court is cognizant of the difficulties of effecting service while in prison, ultimately, it remains Plaintiff's responsibility to effect service, which includes allocating sufficient resources to locate Defendant, and an extension of

time of nearly five months is wholly inappropriate. Plaintiff does not explain what steps he has taken to locate or otherwise attempt to serve Defendant. In light of the fact that the Court has already granted Plaintiff an extension of time to complete service and Plaintiff has not appeared to have made productive use of that time, the Court finds that Plaintiff should be granted a further extension of no more than 30 days to complete service.

Accordingly, Plaintiff's motion for extension of time (Doc. 11) is **GRANTED in part and DENIED in part**. Service must be completed within 30 days of this Order.

**IT IS SO ORDERED**, this 26th day of October, 2026.

R. Cannon

REGINA D. CANNON
UNITED STATES MAGISTRATE JUDGE